**DOA: 4/21/26**

## UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON

26-6103 MJ

### Petition for Warrant or Summons for Person Under Supervision

Person Under Supervision:  Jeray Lashawn Jessie                Case Number: 3:21CR00296-1-SI
                                                               USM Number: 90079-509

Name of Sentencing Judicial Officer: The Honorable Anna J. Brown
                                     Senior U.S. District Judge

Name of Reassigned Judicial Officer: The Honorable Michael H. ~~RECEIVED~~
                                     U.S. District Judge
                                     (Reassigned on November 8, 2023)

RECEIVED
By Jonathan  at 2:38 pm, Apr 15, 2026

Date of Original Sentence: December 6, 2022

Original Offense: Possession with Intent to Distribute Fentanyl

Original Sentence: 60 months imprisonment and 5 years supervised release

Type of Supervision: Supervised Release                Date Supervision Commenced: May 6, 2025
                                                       Expiration Date: May 5, 2030

---

### PETITIONING THE COURT

[X]   To issue a warrant

The probation officer believes that the person under supervision has violated the following conditions of supervision:

**Violation Number**

**Standard Condition #13:** You must follow the instructions of the probation officer related to the conditions of supervision.

**Special Condition #1:** You must participate in a location monitoring program for a period of 120 days. During this period, you are subject to a curfew and your movement in the community is restricted as follows: You are restricted to your residence every day, from the hours of 9:00 p.m. to 9:00 a.m. These hours may be adjusted to conform to an employment schedule at the discretion of the probation officer. Unless otherwise specified by the Court, your participation in the location monitoring will be monitored using technology approved by the probation officer, which may include radio frequency (RF) monitoring, GPS monitoring, or voice recognition. You must abide by all technology requirements. You must follow

Jeray Lashawn Jessie
3:21CR00296-1-SI

the program rules and pay all or part of the costs of participation in thelocation monitoring program as directed by the Court or the probation officer.

## Nature of Noncompliance

On March 20, 2026, the District of Arizona Probation Office reviewed Jeray's conditions of supervised release with him. This included his location monitoring condition and location monitoring program GPS participant agreement, which includes a rule that if a monitoring unit is provided, the individual will not move, disconnect, or tamper with any components of the monitor. It was observed on March 29, 2026, that Jessie appeared to be "shielding" his monitoring device. This arose because Jessie's GPS data did not originate from his reported residence. Specifically, the officer observed that Jessie would start the day away from his residence, meaning his GPS points would begin generating from locations other than his residence and would subsequently appear at various, seemingly random locations throughout the day.

On April 4, 2026, GPS data placed him at a hotel parking lot on two separate occasions. Additionally, Jessie's monitoring device again appeared to be shielded, as his originating GPS points did not begin at his residence.

## Violation Number

Special Condition #12: You must not got to, or remain at, a hotel, motel, or other commercial establishment that offers temporary lodging without the written permission of the probation officer

## Nature of Noncompliance

Jessie went to and remained at Metro Hospitality Extended Stay, a hotel located at 2301 East Southern Avenue, Tempe, AZ 85232. Jessie did not have permission from his probation officer to be at this location. Jessie admitted that he was at this location, but claimed it was to visit family.

**U.S. Probation Officer Recommendation:** Since returning to the District of Arizona on March 20, 2026, Jessie has engaged in suspicious and unauthorized activity, including possible GPS "shielding," and frequent travel to locations without a verifiable or legitimate purpose, including prohibited hotel properties. While not alleged in the violations, monitoring of his approved cellular device revealed minimal usage inconsistent with most people's device usage, suggesting the possible use of an unapproved secondary device. These behaviors indicate a deliberate effort to evade supervision and undermine the integrity of location monitoring. The District of Arizona is requesting that the noncompliance be addressed by the District of Oregon. The District of Arizona has stated it does not appear to be in Jessie's best interest and could place the community at greater risk for the client to be supervised in Arizona. They will close interest in the case, and Jessie will need to return to the District of Oregon.

Jeray Lashawn Jessie
3:21CR00296-1-SI

Based on the above allegations, probable cause has been established that a violation of supervised release has been committed. It is recommended the Court order the issuance of a Warrant and Order to Show cause why defendant's term of supervised release should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2026

Respectfully submitted,                          Approved,

by  *Easton Crist*                               by  *Siri Overstreet*

Easton Crist                                     Siri Overstreet
U.S. Probation Officer                           Supervisory U.S. Probation Officer
Date:  April 15, 2026                            Date:  April 15, 2026

---

THE COURT ORDERS:

☐     No Action
☒     The Issuance of a Warrant
☐     Telephonic Status Conference
☐     Other

Signature of Judicial Officer

April 15, 2026
Date

AO 442 (Rev. 10/17 PDX) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
#### DISTRICT OF OREGON

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No.   3:21CR00296-1 SI |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Jeray Lashawn Jessie | ) | |
| *Defendant* | | |

**RECEIVED**
**By Jonathan  at 2:38 pm, Apr 15, 2026**

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jeray Lashawn Jessie                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☒ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:  *See attached "Petition for Warrant"*

Date:   April 15, 2026                                          _____
                                                                          *Issuing officer's signature*

City and state:    Portland, Oregon                    Michael H. Simon, U.S. District Court Judge
                                                                          *Printed name and title*

---

### Return

This warrant was received on *(date)* _____,  and the person was arrested on *(date)* _____

at *(city and state)* _____.

Date:_____          _____
                                                          *Arresting officer's signature*

                                                          _____
                                                          *Printed name and title*